UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**TWANDA WELLS**
**629 Capitol Heights Blvd.**
**Capitol Heights, MD 20743**

Plaintiff,

v.

**KAISER FOUNDATION HEALTH PLAN**
**OF THE MID-ATLANTIC STATES, INC.**
**1011 N. Capitol St., NE**
**Washington, DC 20002**

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER  1:06CV02101

JUDGE: Reggie B. Walton

DECK TYPE: Employment Discrimination

DATE STAMP: 12/11/2006

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: December 11, 2006

/s/ Trina Fairley
Keith J. Harrison (D.C. Bar No. 416755)
Trina L. Fairley (D.C. Bar No. 464102)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (Fax)

Counsel for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of December 2006, I caused a copy of the foregoing CERTIFICATE REQUIRED BY LCvR 7.1 to be delivered via first class mail, postage pre-paid, to the following individual:

>Alan Lescht
>Alan Lescht & Associates, P.C.
>1050 17th Street, NW Suite 220
>Washington, DC 20036
>(202) 463-6036
>
>Counsel for Plaintiff

_____
Trina L. Fairley