UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Twanda Wells | * | Civ. Action No. Civ. Action No. 06-2101 |
| | * | (RBW) |
| Plaintiff, | * | |
| v. | * | |
| Kaiser Foundation Health Plan of the Atlantic States, Inc. | * | |
| Defendant. | * | |

JOINT MEET AND CONFER STATEMENT

Pursuant to F.R.Civ.P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conducted the conference required by those rules and Order by telephone and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1. **Dispositive Motions**

Plaintiff does not intend to file a dispostiive motion. Defendant intends to file a motion for summary judgment after the close of discovery.

2. **Joinder and Amendment**

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

3. **Magistrate Judge**

At this time, parties do not believe that the case should be assigned to a magistrate judge.

4. **Settlement**

At this stage of the litigation, it is unclear whether there is a realistic possibility of settling the case. The parties believe they will be better able to make an assessment regarding the possibility of settlement after the completion of discovery.

5. **ADR**

The parties are both willing to utilize ADR, but believe ADR will be most beneficial following the close of discovery.

6. **Dispositive Motions Schedule**

The parties propose that any dispositive motions be filed no later than 30 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 15 days after the filing of the opposition.

7. **Initial Disclosures**

The parties agree to dispense with initial disclosures under FRCivP 26(a)(1).

8. **Extent of Discovery**

The parties propose that fact discovery close four months after the date the Scheduling Order is entered. The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply.

9. **Expert Witnesses**

The parties recommend that the expert disclosures required by F.R.Civ.P. 26(a)(2) be made 45 days before the close of fact discovery; and that any rebuttal expert disclosure be made

30 days thereafter.  Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

10. **Class Action**

This is not a class action lawsuit.

11. **Bifurcation**

The parties do not seek bifurcation of discovery or trial.

12. **Pre-trial Conference**

The parties request that the Court set the date for the Pre-trial Conference at the Initial Scheduling Conference.

13. **Trial Date**

The parties request that the Court set a Trial date at the Initial Scheduling Conference.

14. **Proposed Order**

A proposed Scheduling Order is submitted herewith.

Dated:  February 21, 2007

                                                  Respectfully submitted,

                                                  _____
                                                Alan Lescht
                                                Susan Kruger
                                                Alan Lescht & Associates, P.C.
                                                1050 17th St., N.W. Suite 220
                                                Washington, D.C. 20036
                                                (202) 463-6036
                                                Attorneys for Plaintiff

                                          _____
Keith J. Harrison
Trina L. Fairley
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (Fax)
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Twanda Wells | * | Civ. Action No. Civ. Action No. 06-2101 |
| | * | (RBW) |
| | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| Kaiser Foundation Health Plan of the | * | |
| Atlantic States, Inc. | * | |
| | * | |
| Defendant. | * | |

SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 30 days after the close of discovery, any opposition shall be filed within 20 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close on _____, 2007.

5. Expert disclosures shall be made 45 days before the close of fact discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

**SO ORDERED** on this ___ day of _____, 2007.

                                               _____
                                             Hon. Reggie B. Walton
                                             United States District Judge