UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Twanda Wells | * Civ. Action No. Civ. Action No. 06-2101 |
| | * (RBW) |
| | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| Kaiser Foundation Health Plan of the | * |
| Atlantic States, Inc. | * |
| | * |
| Defendant. | * |

## PARTIES' JOINT STATEMENT OF CASE

In accordance with the Court's Scheduling Order, the parties hereby file this Joint Statement of the Case in anticipation of the parties' March 2, 2007 Initial Scheduling Conference.

Plaintiff Twanda Wells worked at Defendant Kaiser Permanente ("Kaiser"), from April 2002 to August 2005 as a clinical nurse in the General Surgery Department. In August, 2005, Defendant terminated Plaintiff's employment.

Plaintiff brought claims for discrimination against Kaiser under the Americans With Disabilities Act ("ADA") and the District of Columbia Human Rights Act ("DCHRA"), alleging that Kaiser discriminated against her based on her disability and denied her reasonable accommodations. Kaiser denies that it discriminated against Plaintiff under either the ADA or the DCHRA or denied Plaintiff any reasonable accommodation.

Dated:  February 27, 2007

                Respectfully submitted,

                _____/s/_____
                Alan Lescht
                Susan Kruger
                Alan Lescht & Associates, P.C.
                1050 17th St., N.W. Suite 220
                Washington, D.C. 20036
                (202) 463-6036
                Attorneys for Plaintiff


                _____/s/_____
                Keith J. Harrison
                Trina L. Fairley
                Crowell & Moring LLP
                1001 Pennsylvania Avenue, NW
                Washington, DC 20004
                (202) 624-2500
                (202) 628-5116 (Fax)

                Attorneys for Defendant