UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TWANDA WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2101 (RBW) |
| | ) | |
| KAISER FOUNDATION HEALTH PLAN | ) | |
| OF THE ATLANTIC STATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on March 2, 2007, it is hereby

**ORDERED** that this case shall be placed on the Standard Track. It is further

**ORDERED** that the parties are permitted to dispense with initial disclosures. It is further

**ORDERED** that all amendments to pleadings and joinder of third parties shall occur by May 2, 2007. It is further

**ORDERED** that all expert disclosures submitted by the proponent under Federal Rule of Civil Procedure 26(a)(2) shall be served by May 18, 2007. It is further

**ORDERED** that all expert rebuttal submitted by the opponent under Rule 26(a)(2) shall be served by June 18, 2007. It is further

**ORDERED** that factual discovery in this matter shall close on July 2, 2007. It is further

**ORDERED** that all expert depositions shall be conducted by July 18, 2007. It is further

**ORDERED** that all discovery in this matter shall close on July 20, 2007. It is further

**ORDERED** that this matter shall be referred to a Magistrate Judge for the purpose of settlement discussions for a period commencing on July 18, 2007, and concluding on September 21, 2007.  It is further

**ORDERED** that dispositive motions shall be filed by October 26, 2007, if this matter has not been settled or otherwise resolved at that time.  Oppositions thereto shall be filed by November 23, 2007, and replies, if any, shall be filed by December 7, 2007.  It is further

**ORDERED** that a pre-trial conference in this matter shall be held on March 14, 2008, at 9:30 a.m.

**SO ORDERED** this 5th day of March, 2007.

                                                                                REGGIE B. WALTON
                                                                                United States District Judge