UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TWANDA WELLS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>KAISER FOUNDATION HEALTH PLAN )<br>OF THE MID-ATLANTIC STATES, INC. )<br>)<br>    Defendant. )<br>) | Civil Action No. 06-2101 (RBW)<br>Judge Reggie B. Walton |

## PARTIES' JOINT MOTION TO CANCEL
## SETTLEMENT CONFERENCE

Plaintiff Twanda Wells and Defendant Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc. hereby file the instant Motion and respectfully state as follows:

The parties have reached a settlement in principle in above-referenced case. The parties are currently drafting the terms of the settlement agreement and believe that the settlement agreement will be finalized within the next 30 days. As such, both parties agree that the Settlement Conference scheduled in this case for tomorrow, July 24, 2007 at 9:30 a.m. is no longer necessary.

The parties respectfully request that the Court cancel the scheduled Settlement Conference and excuse the parties from attending.

2

                                Respectfully submitted,

                                              /s/

Dated: July 23, 2007                 _____
                                    Keith J. Harrison (D.C. Bar No. 416755)
                                    Trina L. Fairley (D.C. Bar No. 464102)
                                    Christopher P. Calsyn (D.C. Bar No. 500198)
                                    CROWELL & MORING LLP
                                    1001 Pennsylvania Avenue, NW
                                    Washington, DC 20004
                                    (202) 624-2500
                                    (202) 628-5116 (facsimile)

                                    Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TWANDA WELLS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAISER FOUNDATION HEALTH PLAN )<br>OF THE MID-ATLANTIC STATES, INC. )<br>)<br>Defendant. )<br> | Civil Action No. 06-2101 (RBW)<br>Judge Reggie B. Walton |

## **ORDER**

UPON REVIEW of the Parties' Joint Motion to Cancel Settlement Conference and for good cause shown, the Motion is hereby

GRANTED.

It is FURTHER ORDERED that the Scheduling Conference scheduled for July 24, 2007 at 9:30 a.m. is hereby canceled.


Dated this _____ 2007       _____
                                      Judge, United States District Court
                                      for the District of Columbia