UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Twanda Wells | * | Civ. Action No. Civ. Action No. 06-2101 |
| | * | (RBW) |
| | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| Kaiser Foundation Health Plan of the | * | |
| Atlantic States, Inc. | * | |
| | * | |
| Defendant. | * | |

NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff hereby dismisses this action with prejudice.

_____/s/_____
Alan Lescht
Susan Kruger
ALAN LESCHT & ASSOCIATES, P.C.
1050 Seventeenth St., N.W.
Suite 220
Washington, DC 20036
(202) 463-6036
Attorney for Plaintiff